[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 202.]

CAIN, ADMR., APPELLEE, *v.* SIMPSON, ADMR., ET AL.; CITY OF NILES ET AL.,
APPELLANTS.

[Cite as *Cain v. Simpson*, 2001-Ohio-278.]

*Appellate procedure—Final order—Political subdivision tort liability—R.C.*
*2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens*
*v. Ackman.*

(Nos. 00-584 and 00-808—Submitted February 28, 2001—Decided March 28,
2001.)

APPEAL from and CERTIFIED by the Court of Appeals for Trumbull County, No.
99-T-0037.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of
*Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

————————————

*Reminger & Reminger Co., L.P.A.,* and *Nick C. Tomino*, for appellants.

————————————